No. 00–9695. DUENAS-OCHOA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9696. ROBINSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–9700. CHAPMAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9701. MARTINEZ CAMPOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9705. HARPER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9709. HOULE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–9715. MELHEM v. PINCHAK, ADMINISTRATOR, EAST JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–9716. FORBES, AKA GASKINS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–9721. GUERRERO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9724. WELLBAUM v. OHIO. Ct. App. Ohio, Champaign County. Certiorari denied.

No. 00–9725. VIRAMONTES-URGUIDI v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9727. SAMPSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–9732. WHITE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–9735. MORENO-CRUZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9737. ANTONIO CRUZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9739. NAGY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.